IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE R. COMSTOCK,
    Plaintiff,

vs.                              Case No.: 3:08cv25/MCR/EMT

JOHN HOOBAN, et al.,
    Defendants.
_____/

## **ORDER**

      This cause is before the court on Plaintiff's response to the show cause order issued by the undersigned on March 17, 2008 (Docs. 19, 21). The court issued the show cause order because Plaintiff failed to file an amended complaint as previously ordered (*see* Doc. 9). In response to the show cause order, Plaintiff does not state a reason for his failure to file an amended complaint, rather he refers the court to two exhibits, which he apparently believes support his claims (*see* Doc. 21).

      The court notes that the order directing Plaintiff to file an amended complaint, as well as the civil rights complaint form which accompanied the order, were returned to the court by the United States Postal Service (*see* Doc. 15). In light of this fact, the court will direct the clerk to re-send those documents to Plaintiff, and the court will provide Plaintiff another opportunity to comply with the order.

      Accordingly, it is **ORDERED**:

      1.    The clerk of court shall re-mail the order issued on February 11, 2008 (Doc. 9), accompanied by the civil rights complaint form for use in § 1983 actions filed by non-prisoners. This case number should be written on the form.

      2.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall file an amended civil rights complaint, which shall be typed or clearly written, submitted on the court form, and titled "Amended Complaint." Alternatively, if upon review of the order to amend Plaintiff determines that he cannot state a claim that entitles him to relief, he shall file a notice of

voluntary dismissal within the same time period.

      3.      Failure to comply with this order may result in dismissal of this action.

**DONE AND ORDERED** this 9th day of April 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**