IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEODORE R. COMSTOCK,
    Plaintiff,

vs.                                    Case No.: 3:08cv25/MCR/EMT

JOHN HOOBAN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On April 9, 2008, this court entered an order giving Plaintiff thirty (30) days in which to file an amended complaint (Doc. 23). Plaintiff failed to respond to the order; therefore, on May 15, 2008, this court entered an order giving Plaintiff twenty (20) days in which to show cause why this case should not be dismissed for failure to comply with an order of the court (Doc. 24). The time for compliance with the show cause order has now elapsed and Plaintiff has not filed an amended complaint or otherwise responded.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 5th day of June 2008.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**